IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS G. HESCH,<br>    Plaintiff,<br><br>v.<br><br>ABBVIE, INC.,<br>    Defendant | No, C.A. 1:22-cv-356-SPB<br><br>Jury Trial Demanded |

## STIPULATION OF VOLUNTARY DISMISSAL

AND NOW, come the Plaintiff, Thomas G. Hesch, and the Defendant, AbbVie, Inc., by and through their undersigned counsel and file this *Stipulation of Voluntary Dismissal* pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), voluntarily dismissing all claims in their entirety and with prejudice, with the parties to bear their own respective costs and counsel fees as to such claims.

Respectfully submitted,

| | |
|---|---|
| QUINN, BUSECK, LEEMHUIS, TOOHEY<br>& KROTO, INC. | GOLDBERG KOHN LTD. |
| By: /s/ Arthur D. Martinucci<br>    Arthur D. Martinucci, Esquire<br>    amartinucci@quinnfirm.com<br>    Pa. I.D. No. 63699<br>    2222 West Grandview Boulevard<br>    Erie, Pennsylvania 16506-4508<br>    (814) 833-2222<br>    Attorneys for Plaintiff,<br>    Thomas G. Hesch | By: /s/ Jon E. Klinghoffer<br>    Jon E. Klinghoffer<br>    55 East Monroe Street, Suite 3300<br>    Chicago, Illinois  60603<br>    (312) 201-4000<br>    jon.klinghoffer@goldbergkohn.com<br><br>    Lisa Smith Presta (PA ID No. 65527)<br>    MacDonald, Illig, Jones & Britton LLP<br>    100 State Street, Suite 700<br>    Erie, PA 16507-1459<br>    Office:  (814) 870-7656<br>    lpresta@mijb.com<br>    Attorneys for Defendant, AbbVie, Inc. |

SO ORDERED:

*[signature]* Susan Paradise Baxter    6/11/2024
Susan Paradise Baxter                          Date
U.S. District Court Judge